PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:17-MC-00172-KJM-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $21,540.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimants Steve L. Thomas and Paul Bryce Wells ("claimants"), appearing *in propria persona*, as follows:

1.     On or about August 14, 2017, claimant Paul Bryce Wells filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $21,540.00 in U.S. Currency (hereafter "defendant currency"), which was seized on April 18, 2017.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

/////

1

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was November 12, 2017.

4.      By Stipulation and Order filed November 14, 2017, the parties stipulated to extend to December 12, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 12, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

6.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 12, 2018.

Dated: 11/17/17                          PHILLIP A. TALBERT
                                         United States Attorney

                                 By:     /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney

Dated: 11/17/17                          /s/ Steve L. Thomas
                                         STEVE L. THOMAS
                                         Potential Claimant
                                         Appearing *in propria persona*

                                         (Signature authorized by phone)

Dated: 11/17/17                          /s/ Paul Bryce Wells
                                         PAUL BRYCE WELLS
                                         Potential Claimant
                                         Appearing *in propria persona*

                                         (Signature authorized by phone)

**IT IS SO ORDERED**.

Dated:  November 22, 2017.

_____
UNITED STATES DISTRICT JUDGE