1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          2:17-MC-00172-KJM-KJN

12         Plaintiff,                 STIPULATION AND ORDER EXTENDING TIME
                                      FOR FILING A COMPLAINT FOR FORFEITURE
13    v.                             AND/OR TO OBTAIN  AN INDICTMENT
                                      ALLEGING FORFEITURE
14 APPROXIMATELY $21,540.00 IN U.S.
   CURRENCY,
15
           Defendant.
16

17     It is hereby stipulated by and between the United States of America and potential claimants Steve

18 L. Thomas and Paul Bryce Wells ("claimants"), appearing *in propria persona*, as follows:

19     1.     On or about August 14, 2017, claimant Paul Bryce Wells filed a claim in the

20 administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the

21 Approximately $21,540.00 in U.S. Currency (hereafter "defendant currency"), which was seized on April

22 18, 2017.

23     2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit

24 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

25 person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

26 than claimant has filed a claim to the defendant currency as required by law in the administrative

27 forfeiture proceeding.

28     3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

                                      1

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 12, 2017.

4. By Stipulation and Order filed November 14, 2017, the parties stipulated to extend to December 12, 2017, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed November 22, 2017, the parties stipulated to extend to January 12, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 8, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

2

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 8, 2018.

Dated: 1/8/18

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1/8/18

/s/ Steve L. Thomas
STEVE L. THOMAS
Potential Claimant
Appearing *in propria persona*

(Signature authorized by phone)

Dated: 1/8/18

/s/ Paul Bryce Wells
PAUL BRYCE WELLS
Potential Claimant
Appearing *in propria persona*

(Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: January 10, 2018

_____
UNITED STATES DISTRICT JUDGE